# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141738 & (42)(43)

MICHIGAN AFSCME COUNCIL 25,
        Plaintiff-Appellant,

v

COUNTY OF WAYNE,
        Defendant-Appellee.

SC: 141738
COA: 298832
Wayne CC: 10-007242-CL

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 2, 2010 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the order of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration or clarification in light of the Wayne Circuit Court's September 9, 2010 order. The panel should also consider whether relief at this point is moot in view of the fact that the layoff periods have passed. The motion for stay is DENIED as moot.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2010

_____
Clerk

d0922